**Order entered March 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01137-CV

**BISHOP ABBEY HOMES, LTD. AND NATHAN HALSEY, Appellants**

**V.**

**BYRON AND PAIGE HALE, Appellees**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-11-1207**

## ORDER

We **GRANT** appellees' March 2, 2015 second unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than March 25, 2015.  No further extensions will be granted absent exigent circumstances.

/s/ CRAIG STODDART
   JUSTICE